### GEER v. LEGG.

*Warranty — of title to personal property — when warrantor liable.*

Defendant represented to plaintiff that certain maple and hemlock logs not on defendant's premises, were covered by an overdue chattel mortgage from the owner to himself, and plaintiff, relying on the representations, bought of defendant the logs. One L. claimed said logs by virtue of a sale from the owner. Defendant then executed to plaintiff a writing in which he claimed that they were covered by the mortgage and agreed to make good the title of the logs to him, and he directed plaintiff to take possession of the same, which

he did. The hemlock logs were not covered by the mortgage. L. brought action in replevin against plaintiff, of which defendant had notice, and recovered a judgment, from which defendant caused an appeal to be taken, after which the defense was abandoned. *Held*, that defendant was liable to plaintiff for the amount paid by him upon the judgment, and for the costs of the appeal paid by him.

APPEAL by defendant from a judgment in favor of plaintiff, entered upon the report of a referee.

The action was brought by Confucius L. Geer against Joshua D. Legg, to recover damages and costs paid by plaintiff, in an action against him to recover the possession of personal property, the title to which was guaranteed by defendant.

*Alex. Cumming*, for appellant.

*William Gleason*, for respondent.

LANDON, J.

The head-note states fully the question passed upon in the opinion.

*Judgment affirmed.*